# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS MERCADO GUZMAN, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 3:24-61 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Patricia L. Dodge |
| WARDEN MOSHANNON VALLEY | ) | |
| PROCESSING CENTER. | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

All habeas cases filed with this Court are initially assigned only to a magistrate judge by the Clerk of Court. The petitioner and respondents are then asked to execute and file with the Clerk's Office a selection form either consenting to the jurisdiction of the magistrate judge or electing to have the case randomly assigned to a district judge. If any party elects to have the case assigned to a district judge, the magistrate judge continues to manage the case by deciding non-dispositive motions and submitting reports and recommendations on dispositive motions, unless otherwise directed by the district judge. The United States District Court for the Western District of Pennsylvania strongly encourages your voluntary participation and cooperation in the expanded use of the magistrate judges as judicial officers with full authority to manage and ultimately dispose of civil actions by consenting to have a United States Magistrate Judge conduct any and all further proceedings in the case.

AND NOW, this 26th day of March, 2024, IT IS HEREBY ORDERED that on or before **April 10, 2024,** the Petitioner must file with the Clerk of Court the enclosed form indicating whether he consents to jurisdiction by a magistrate judge, or elects to have a district judge assigned to the case. Petitioner shall complete **either** Part 1 or Part 2 of the enclosed form.

BY THE COURT:


s/Patricia L. Dodge
PATRICIA L. DODGE
United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS MERCADO GUZMAN, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 3:24-61 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Patricia L. Dodge |
| WARDEN MOSHANNON VALLEY PROCESSING CENTER. | ) ) | |
| | ) | |
| Respondent. | ) | |

**(Complete either Part 1 or Part 2)**

PART 1: CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, I hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: _____

                                      Signature    _____

                                   Print Name:    _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PART 2: DISTRICT JUDGE OPTION

    Pursuant to Section 636(c)(2) of Title 28, United States Code, I acknowledge the availability of a United States Magistrate Judge but elect to have this case randomly assigned to a United States District Judge.

Date:_____    Signature    _____

                                   Print Name:    _____